| | |
|---|---|
| BRIAN HOLLAND AND ANDREA HOLLAND a/k/a/ BRIAN HOLLAND 5561 RENT ACCOUNT,<br><br>    Plaintiff,<br>vs.<br><br>APLUS LAMINATION & FINISHING INC., a Florida Corporation and all other occupants,<br><br>    Defendants.<br>_____/ | IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY<br>CIVIL DIVISION<br><br>CASE NO: 18-8187 CC 05 |

### ORDER DIRECTING DEPOSIT OF RENT INTO REGISTRY OF COURT

**THIS CAUSE CAME ON TO BE HEARD** before me, on May 3, 2018, upon Plaintiff's Motion for Order Directing Deposit of Rent Into Registry of Court, and, having appeared counsel for Plaintiff and Defendant and the respective parties, after having heard argument from counsel, having reviewed the Court file and being otherwise fully advised in the premises, it is:

**ORDERED AND ADJUDGED:**

1. Plaintiff's Motion for Order Directing Deposit of Rent Into Registry of Court be and the same is hereby granted.

2. The Defendant, APLUS LAMINATION & FINISHING, INC., is hereby ordered to deposit the sum of $9,000.00 into the Miami-Dade County Registry of Court on or before May 7, 2018.

3. The Defendant, APLUS LAMINATION & FINISHING, INC., is hereby ordered to deposit the sum of $9,000.00 into the Miami-Dade County Registry of Court on or before May 14, 2018.

3. The Defendant shall further timely deposit the rent as it becomes due into the Registry of Court.

4. The Defendant's failure to timely pay the ordered sums into the Registry of Court shall constitute and absolute waiver of its defenses, other than payment or proof of payment, and Plaintiff shall be entitled to a Default/Default Final judgment for Removal of Tenant and a Writ of Possession to issue forthwith without the necessity of further hearing pursuant to Section 83.232, Florida Statutes.

5. Upon Defendant making timely deposit into the Registry of Court of the sums due on May 7, 2018 and May 14, 2018, the parties shall appear for mediation on May 15, 2018 at 1:30 PM.

DONE AND ORDERED in Chambers at Miami-Dade County, Florida, on 05/10/18.

*/s/ Alexander D. B*
ALEXANDER S. BOKOR
COUNTY COURT JUDGE

The parties served with this Order are indicated in the accompanying 11th Circuit email confirmation which includes all emails provided by the submitter. The movant shall

IMMEDIATELY serve a true and correct copy of this Order, by mail, facsimile, email or hand-delivery, to all parties/counsel of record for whom service is not indicated by the accompanying 11th Circuit confirmation, and file proof of service with the Clerk of Court.

Signed original order sent electronically to the Clerk of Courts for filing in the Court file.

Conformed copies to:

JOSEPH R. COLLETTI, P.A.
Attorney for Plaintiff

ALEXANDER E. BORELL, ESQ.
Attorney for Defendant