IN THE COUNTY COURT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

CIVIL DIVISION
CASE NO: 18-8187-cc 05

BRIAN HOLLAND AND ANDREA
HOLLAND a/k/a BRIAN HOLLAND
5561 RENT ACCOUNT

    Plaintiff,
vs.

APLUS LAMINATION & FINISHING, INC.
and all other occupants,

    Defendants.
_____/

FILED FOR RECORD 2018 JUL 30 AM 10:24

## DEFAULT FINAL JUDGMENT FOR REMOVAL OF TENANT

THIS CAUSE CAME ON TO BE HEARD before me upon Plaintiff's Complaint for Removal of Tenant, it is:

**ORDERED AND ADJUDGED:**

1. That a Default Final Judgment be and the same is hereby entered in favor of Plaintiff, BRIAN HOLLAND AND ANDREA HOLLAND a/k/a BRIAN HOLLAND 5561 RENT ACCOUNT, and against the Defendant, APLUS LAMINATION & FINISHING, INC., a Florida Corporation, for possession of the premises located at 5559 NW 36th Avenue, Miami, Miami-Dade County, Florida 33142, for which let Writ of Possession issue forthwith.

2. ~~That Plaintiff recover from said Defendant costs herein taxed in the sum of $_____ for which let execution issue forthwith.~~ Court reserves as to costs.

DONE AND ORDERED at Miami, Miami-Dade County, Florida this ___ day of July, 2018.

SIGNED AND DATED JUL 30 2018

_____
County Court Judge

JUDGE ALEXANDER S. BOKOR

Copies furnished to:

JOSEPH R. COLLETTI, P.A.
Attorney for Plaintiff
4770 Biscayne Boulevard, Suite 1400
Miami, Florida 3313

ALEXANDER E. BORELL,
Attorney for Defendant
324 Datura Street
Suite 209
West Palm Beach, FL 33401