UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

THOMAS NEUSOM

THOMAS NEUSOM, P.A.

PLAINTIFFS

VS.

BRIAN HOLLAND

ANDREA HOLLAND

PETER RUSSIN

JUDGE A. JAY CRISTOL IN AN OFFICIAL CAPACITY

A. JAY CRISTOL INDIVIDUALLY

JOSEPH A. COLLETTI

CASE NO: 1:18CV24517

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiffs Thomas Neusom and Thomas Neusom, P.A., in accordance with Federal Rule of Civil Procedure 41, dismiss the above-referenced action in its totality and with prejudice.

1

1
2
3
4  Dated: March 12, 2018:
5
6
7                                                    By:/s/Thomas Neusom
                                                     Attorney For Plaintiffs
8                                                    Bar No. 003717
                                                     (954)200-3536
9                                                    4737 N. Ocean Drive, #129
                                                     Fort Lauderdale, FL 33308
10                                                   Email: tgnoffice35@gmail.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
                                              2
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Stipulation for Dismissal was served electronically on all counsel of parties of record via transmission of Notices of Electronic Filing generated by CM/ECF on March 12, 2019.

Dated:  March 12, 2018:

By:/s/Thomas Neusom
Attorney For Plaintiffs
Bar No. 003717
(954)200-3536
4737 N. Ocean Drive, #129
Fort Lauderdale, FL 33308
Email: tgnoffice35@gmail.com